IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DADE COUNTY DIVISION

FILED BY _____ D.C.
SEP 24 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Legal Mail
Received      SD

SEP 19 2019

Dade C.I.

SCOTTY SANTOS DIAZ,
    PLAINTIFF

CASE NO.: _____
(NOT YET ASSIGNED)

V.

MR. MARK INCH, SECRETARY/F.D.O.C.
CENTURION OF FLORIDA, LLC/MEDICAL CONTRACTOR
MR. M. CORRALES/ASSISTANT WARDEN/DADE C.I.
DR. F. PAPILLON/CHIEF HEALTH OFFICER/DADE C.I.
    DEFENDANTS

URGENT NOTICE OF EXIGENT CIRCUMSTANCES FROM EVENTS SINCE THE FILING OF PETITIONERS EMERGENCY PRELIMINARY INJUNCTION/T.R.O. ON AUGUST 2, 2019.

COMES NOW, THE PLAINTIFF, SCOTTY SANTOS DIAZ, PRO-SE RESPECTFULLY SUBMITS THE FOLLOWING URGENT NOTICE OF EXIGENT CIRCUMSTANCES IN CONNECTION WITH HIS PREVIOUSLY FILED EMERGENCY PRELIMINARY INJUNCTION/T.R.O. FILED ON AUGUST 2, 2019, AND PLAINTIFF SUBMITS THE FOLLOWING IN SUPPORT OF SAID NOTICE:

### PRELIMINARY STATEMENT

THE PLAINTIFF JUST RECENTLY LOST TOTAL VISION IN HIS RIGHT EYE DUE DIRECTLY TO THE UNWARRANTED AND UNNECESSARY DELAY IN TREATING A SERIOUS MEDICAL CONDITION. THE PLAINTIFF HAS ALERTED THE DEFENDANTS BOTH

-1-

BY GRIEVANCES AND ORAL REQUEST, THUS GIVING THE DEFENDANTS AN OPPORTUNITY TO CORRECT ANY WRONG DOING, "ALL TO NO AVAIL".

### PRO-SE LITIGANT STATEMENT

THE PLAINTIFF SUBMITS THIS NOTICE AS A PRO-SE LITIGANT UNSKILLED IN THE SCIENCE OF LAW AND WISHES FOR HIS URGENT NOTICE AND ENTREATIES TO THIS HONORABLE COURT TO BE RECIEVED AS SUCH. THE PLAINTIFF MOVES THIS COURT NOT TO LET OR PERMIT FORM TO OVERRIDE SUBSTANCE OR PROCEDUAL TECHNICALITIES TO DEFEAT [FAIRNESS] AND [JUSTICE] IN THAT THE COURT TREAT THIS NOTICE AS WHATEVER VEHICLE NEEDED FOR THE RELIEF THAT THIS HONORABLE COURT DEEMS JUST AND PROPER. THE COURT STATED IN HALL V. BELLMAN, 935 F.3d 1106, 1110 (10TH CIR. 1991)

> "A PRO-SE LITIGANTS PLEADINGS ARE TO BE CONSTRUED AND HELD TO A LESS STRINGENT STANDARD THEN FORMAL PLEADINGS DRAFTED BY LAWYERS... IF A COURT CAN REASONABLY READ THE PLEADINGS TO STATE A [VALID CLAIM] ON WHICH PLAINTIFF'S FAILURE TO CITE A PROPER LEGAL AUTHORITY, HIS CONFUSION OF VARIOUS LEGAL THEORIES, HIS POOR SYNTAX AND SENTENCE CONSTRUCTION, OR HIS UNFAMILIARITY WITH PLEADING REQUIREMENTS."

(CITATIONS OMITTED) SEE ALSO BOAG V. McDOUGAL, 454 U.S. 363 (1982); HAINES V. KEENER, 404 U.S. 519 (1972); GANGLOFF V. PALM SPRINGS HOSPITAL, 657 F.SUPP. 739 (S.D. FLA. 1986).

## STATEMENT OF FACTS

On/or about August 2, 2019 the Plaintiff filed an Emergency Preliminary Injunction and T.R.O. with this Honorable Court, "Approximately (45) days have passed and the Plaintiff has not recieved any acknowlegement nor case number from the Court.

Since the filing of the above mentioned Emergency Injunction the Plaintiff has been subjected to further negligence and unwarranted delay in treating a serious medical condition:

1.) On/or about July 17, 2019 during an anual (ADA) Americans with Disabilities meeting Department of Corrections Staff, "Mr. Bowen along with the participation of medical staff employed by Centurion the Departments medical provider took my protective footwear away from me that had been previously prescribed by a board certified medical doctor to protect my feet and ankles from the elements and terrain while moveing about." Since the boots were taken the Plaintiff has injured both his feet to such degree that the cite medical chief officer, Mr Papillon had to prescribe the Plaintiff the antibiotic Sipro to cure the infection and order ex-rays due to the damage caused to the Plaintiff's left foot.

2.) The Plaintiff submitted a request to review his personal medical records as required by law in order to obtain critical information to properly litigate his medical complaint. On August 13, 2019 the Plaintiff along with the medical records supervisor, "Mr. Everet,"

-3-

NOTICED THAT THE MEDICAL RECORDS THE PLAINTIFF HAD REQUESTED COPIES OF WERE MISSING OUT OF THE FILES. THESE RECORDS ARE PROTECTED CONFIDENTIAL DOCUMENTS AND [MUST] BE MADE AVAILABLE TO THE PLAINTIFF UPON REQUEST FOR THE PURPOSE OF PRE-SUIT INVESTIGATION. SEE FLORIDA STATUTE 766.204 (1) AND (2)

3.) THE PLAINTIFF AFTER DECLARING SEVERAL MEDICAL EMERGENCIES WAS SEEN BY THE OPTOMETRIST ON AUGUST 21, 2019 AT WICH TIME AN (IOP) INTRA-OCULAR PRESSURE CHECK WAS PERFORMED AND THE PLAINTIFF'S (IOP) LEVELS HAD ELEVATED TO, "(22) IN THE LEFT EYE, AND (54) IN THE RIGHT CAUSING THE PLAINTIFF UNBEARABLE PAIN. THE OPTOMETRIST WROTE AN [URGENT CONSULT] FOR THE PLAINTIFF TO BE SEEN BY AN OPTHAMOLOGIST A.S.A.P., AND RECOMMENDED THAT MEDICAL PRESCRIBE EXCEDREN MIGRAIN FOR PAIN CAUSED BY ELEVATED (IOP) LEVELS.

4.) ON AUGUST 22, 2019 THE PLAINTIFF WAS SEEN BY DR. LUIS GINART, THE PLAINTIFF SIGNED THE URGENT CONSULT AND WAS ADVISED BY DR. GINART THAT HIS SUPERVISOR'S / CENTURION AND/OR THERE AGENTS HAD A PROTOCALL THAT WOULD NOT ALLOW HIM TO WRITE THE PLAINTIFF A MEDICAL PASS NOR PRESCRIBE ANY PAIN MEDICATION FOR HIS CRONIC CONDITION, "THAT WAS RECOMMENDED BY THE SPECIALIST."

5.) ON AUGUST 27, 2019 THE PLAINTIFF FILED A COMPLAINT TO THE STATEWIDE (ADA) AMERICANS WITH DISABILITY CORDINATOR, "MS. EVELYN GARST AND HAS NOT RECIEVED ANY RESPONSE. ON AUGUST 28, 2019 THE PLAINTIFF SUBMITTED A FORMAL MEDICAL GRIEVANCE AND AGAIN HAS NEVER RE-

CIEVED ANY RESPONSE. NOTE: IF THIS HONORABLE COURT WAS TO REVIEW EXHIBIT (F) OF THE PLAINTIFF'S EMERGENCY INJUNCTION ITS VERY CLEAR THAT THE MEDICAL DEPARTMENT AND THE FLORIDA DEPARTMENT OF CORRECTIONS STAFF WERE ADVISED BY THE GLAUCOMA SPECIALIST TO RETURN THE PLAINTIFF TO LARKIN EYE CLINIC [A.S.A.P.] IF THE [IOP] ELEVATED OVER (15) IN HIS LEFT EYE. IT IS CLINICALLY PROVEN THAT ONCE A PATIENTS (IOP) ELEVATES IT BEGIAN'S TO DAMAGE THE OPTIC NERVES AND SUBJECTS THE PATIENT TO IRREPARABLE DAMAGE "AND THE POSSIBILITY OF TOTAL LOSS OF VISION". AS STATED ABOVE, LAST TIME THE PLAINTIFF RECIEVED AN (IOP) CHECK WAS AUGUST 21, 2019 AND THE LEFT EYE WAS (22) AND THE RIGHT WAS (54). THESE ELEVATED (IOP) LEVELS HAVE CAUSED THE PLAINTIFF GREAT PAIN AND DISCOMFORT AS WELL AS A SIGNIFICANT LOSS OF MORE VISION, "YET NOTHING HAS BEEN DONE TO ADHERE TO THE SPECIALIST RECOMMENDATION'S NOR THE URGENT CONSULTS THAT WERE SIGNED AND SUBMITTED TO THE MEDICAL PROVIDER'S/CENTURION OVER (30) DAYS AGO. THIS IS CLEAR EVIDENCE OF THE DEPARTMENTS DISREGARD OF THE PLAINTIFF'S SERIOUS MEDICAL NEEDS.

6.) REVIEW OF EXHIBIT (A) PAG 3 (3) IMPRESSIONS OF THE PLAINTIFF'S PREVIOUSLY FILED EMERGENCY INJUNCTION CLEARLY STATES THE CONDITION THE PLAINTIFF SUFFERS FROM, AND IS AS FOLLOWS: PRIMARY OPEN ANGLE GLAUCOMA OF BOTH EYES, "SEVERE STAGE". AGAIN THE PLAINTIFF WAS UNABLE TO OBTAIN COPIES OF THE EVALUATION PERFORMED BY THE OUTSIDE SPECIALIST ON JULY 23, 2019 DUE TO THE DOCUMENTS MISSING FROM THE PLAINTIFF'S PROTECTED MEDICAL FILE. THESE RECORDS HAVE YET TO BE PROVIDED TO THE PLAINTIFF EVEN AFTER SEVERAL REQUEST HAVE BEEN MADE.

## EXIGENT CIRCUMSTANCES

The Plaintiff is a (55) year old who will be released from prison in the near future. The Plaintiff has already been subjected to the emotional stress of losing total vision in his right eye due to the exact same delays in treating severe stage glaucoma. The Plaintiff is unable to put in words the thought of losing total vision in the only eye he has left." To say the Plaintiff is scared would be a total understatement.

In conclusion the Plaintiff prays this Honorable Court will invoke its inherent authority and order that the Defendants have the Plaintiff seen and treated by a glaucoma specialist without any further unnecessary delay and/or issue an order granting the Plaintiff's emergency injunction in order to prevent any further pain and suffering and/or the possibility of losing total sight.

Respectfully Submitted

/S/ Scotty Santos Diaz
DC #670614
Scotty Santos Diaz

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING, EMERGENCY NOTICE OF EXIGENT CIRCUMSTANCES WAS PLACED INTO THE HANDS OF D.O.C. STAFF FOR THE PURPOSE OF MAILING TO: CLERK OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, 400 NORTH MIAMI AVE. (8N09), MIAMI, FLORIDA. 33128-7716 ON THIS 19 DAY OF SEPTEMBER 2019.

/S/ *Scotty Santos Diaz*
DC# 670614
SCOTTY SANTOS DIAZ
DADE CORR. INSTITUTION
19000 SW 377 STREET
FLORIDA CITY, FL. 33034

CC: U.S. DIST COURT S.D. MIAMI

CC: PERSONAL

Scotty Santos Diaz, #670614
Dade Correctional Institution
19000 S.W. 377 Street
Florida City, FL. 33034

LEGAL MAIL

Legal Mail Received
SEP 19 2019
Dade C.I.

S.D.

Clerk, U.S. Dist. Court
Southern District
400 North Miami Ave. (8NO9)
Miami, FL. 33128

33128-771699